IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERRIE BLACK, Individually and as
Trustee of the Sybil C. Black Trust                                    PLAINTIFF

v.                          No. 4:24-cv-109-DPM

STATE FARM FIRE & CASUALTY
COMPANY                                                                 DEFENDANT

ORDER

State Farm's motion to dismiss for lack of prosecution, *Doc. 38*, is denied, but the Court will impose other sanctions on its own motion.

*First*, Counsel's unequivocal acceptance of responsibility for ignoring this case based on a breakdown in managing his high-volume practice, as well as personal matters, plus counsel's commitment to rectify the situation, provides good cause for amending the Scheduling Order. Fed. R. Civ. P. 16(b)(4). A Third Amended Final Scheduling Order will issue.

*Second*, if Black's lawyer has not already taken all the steps promised and specified in *Doc. 40 at 5*, he must do so by 30 January 2026. And he must file notice that he has done so. If all these steps are not taken by that date, then the Court will dismiss Black's case with prejudice.

*Third*, State Farm's experts will be allowed to revise their opinions by 13 March 2026 to meet any expert testimony from Black's experts. The Court prohibits Black from challenging their opinions based on any changes, or mentioning them in argument or at any trial. Further, Black's experts may not offer any rebuttal opinions or reports. (The Third Amended Final Scheduling Order will not contain any expert deadlines.)

*Fourth*, State Farm must file an itemized statement of fees incurred—since the start of this federal case—in attempting to get initial disclosures, discovery responses, and related relief (including the current motion to dismiss). This statement is due by 30 January 2026. Black's lawyer may respond within fourteen calendar days. And State Farm may reply within seven calendar days. In due course, the Court will assess a reasonable amount for Black's lawyer to pay State Farm.

*Fifth*, Black's motion to stay, *Doc. 40*, is denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2025