IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERRIE BLACK, Individually and as
Trustee of the Sybil C. Black Trust                    PLAINTIFF

v.                          No. 4:24-cv-109-DPM

STATE FARM FIRE & CASUALTY
COMPANY                                               DEFENDANT

## ORDER

1. The Court has reviewed all the discovery-related papers and State Farm's redacted bills. All material things considered, the Court awards State Farm a reasonable attorney's fee of $2,500 against Black's lawyer for extra work required to get essential discovery — extra work counsel acknowledges resulted from his foot-dragging and lack of follow through. While counsel's many stumbles would justify dismissal, that result would be too harsh.

2. Black did not comply with the Court's prior Order to make a full and complete production by 30 January 2026. The record is clear: he waited until the last minute to comply, produced some things, and sought a seven-day extension because bad winter weather prevented travel to Black's home to get more records. *Doc. 47.* While the Court's Order said unequivocally that, in the circumstances, less than full compliance by January 30th would result in dismissal with prejudice,

*Doc. 45*, the Court has reconsidered.  Though it's unclear exactly when Black made the mandated production, it did occur at some point after January 30th.  The Court therefore declines to dismiss.  A merits decision is preferable.  *Johnson v. Dayton Electric Manufacturing Co.,* 140 F.3d 781,784 (8th Cir. 1998).

3.  State Farm is entitled to the opportunity to take a deposition and make a dispositive motion.  The record is otherwise closed effective 6 April 2026.  The Second Amended Final Scheduling Order, *Doc. 35*, is suspended.  The 6 July 2026 trial is canceled.  A Third Amended Final Scheduling Order will issue — if need be — after the Court rules on the planned motion.  The parties should hold 8 February 2027 as a potential trial date.

4.  The $2500 discovery sanction is due and payable by 15 July 2026.  State Farm's alternative motion *in limine* is granted as specified:  Except for the planned Black deposition, the record is closed for purposes of motion practice and any trial effective 6 April 2026.  Black may not use any documentary evidence not produced by that date or rely on any eventual testimony from any person whose identity was not disclosed by that date.  Discovery is reopened for one purpose: State Farm may depose Black about the documents finally produced and her alleged damages.  That deposition must occur by 31 July 2026. State Farm's expected motion for summary judgment is due forty-five

days after that deposition.  State Farm's renewed alternative request for dismissal is denied.

*

Black's motion, *Doc. 47*, is denied as moot.  State Farm's motion, *Doc. 52*, is partly granted and partly denied as specified.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_12 June 2026_