**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHERRIE BLACK, Individually and as Trustee of the Sybil C. Black Trust** — **PLAINTIFF**

**v.** **No. 4:24-cv-109-DPM**

**STATE FARM FIRE & CASUALTY COMPANY** — **DEFENDANT**

# JUDGMENT

Black's complaint is dismissed with prejudice. Each party will bear its own attorneys' fees, costs, and expenses. The Court retains jurisdiction until 20 November 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

26 October 2026